```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

**POSA SYSTEMS, LLC**                                              **PLAINTIFF**

      v.           **Civil No. 07-3014**

**PAYSPOT, INC., JOSEPH P. BODINE,**
**DAVID HAWKINS, and B&H INVESTMENT, INC.**                        **DEFENDANTS**

<u>**ORDER**</u>

NOW on this 19th day of May 2008, the above referenced matter comes on for this Court's consideration of the **Agreed Motion for Entry of Agreed Protective Order** (document #32). The Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **denied.**

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE