UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| POSA SYSTEMS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § CIVIL ACTION NO. 3:07-cv-03014 <br> PAYSPOT, INC., JOSEPH P. BODINE, § Judge Jimm Larry Hendren <br> DAVID HAWKINS, and § ECF <br> B&H INVESTMENTS, INC. f/k/a AUSTIN § <br> INTERNATIONAL MARKETING & § Jury Demanded <br> INVESTMENTS, INC § <br> § <br> Defendants. § | |

**AGREED ORDER OF DISMISSAL OF CLAIMS WITH PREJUDICE**

Now before the Court are Plaintiff POSA Systems, LLC and Defendants Joseph P. Bodine, David Hawkins and B&H Investments, Inc. f/k/a Austin International Marketing & Investments, Inc. (the "B&H Defendants"), who have informed the Court that they have fully and finally compromised and settled all matters in dispute between them and desire to dismiss all of the respective claims and counterclaims asserted in this action. Accordingly, the Court rules as follows:

It is ORDERED that all claims, counterclaims, demands and affirmative defenses of Plaintiff POSA Systems, LLC and Defendants Joseph P. Bodine, David Hawkins and B&H Investments, Inc. f/k/a Austin International Marketing & Investments, Inc. are hereby dismissed with prejudice to the refiling of same. Each party shall bear its own costs and attorneys fees, and such costs born by the B&H Defendants shall include $525.00 that the B&H Defendants shall pay to Plaintiff's expert, Cheryl Shuffield.

SIGNED this 9th day of September, 2008.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

**AGREED:**


s/Jacob Marshall
Jacob B. Marshall
**Attorney for Plaintiffs**


s/William B. Matthews
William B. Matthews
Robert M. Hoffman
William D. Dunn
**Attorneys for Defendants**